**EXHIBIT A**

Korey Tate
Linda Alcorn
Jermaine Alonzo
Jermaine Alphonse
C.B. Anderson, III
Lorraine Armour
Hilton Augustine
Sybil Augustine
Jonas Austin
Carllis Banks
Roy Banks
Sidney Bazley
Kevin Belin
Mickey Bently
Lacine Bertrand
Wallace Bertrand, IV
Robin Bevins
Craig Biagas Jr.
Craig Biagas Sr.
Dana Biagas
Keri Biagas
Agnes Blue
Elaine Blouin
Rachelle Blouin
Alvin Blouin, Sr.
Jermaine Bodden
William Brent
Keith Brock
Vela Brooks
Carolyn L. Brown
Glenda Brown
Riguel Brumfield
Imani Bryant
Jamal Bryant
Diante' Burrell
Rose Burton
Tebault Burton
Azaline Butler
Bertrand Cargo, Jr.
Joe Cargo
Sylvia Chapman
Lydia Charles
Cassie Chesterfield
Mary Chesterfield

Regina Chesterfield
Alfred Christophe
JoAnn Christophe
Richelle Clipps
Richondra Clipps
Darryl Cola
Derrick Collins
Vindrika Collins
Ashley Conaway
Donya Curtis
Jessica Daniels
Mary Daniels
Paulette davenport
Kim Davis
Michelle Davis
Gloria Denet
Ardrione Domino
Barbara Dunams
Belinda R. Duncan
Virgil Duncan
Patricia Dunkley
Kenneth Dunkley, Sr.
Beverly Dupree
Stafford Ebanks
Hamdy Edress
Sandra J. Edress
Andrea El Mansura
Ron'Jhae Emery
Blaine Faciane
Paulette Faciane
Tiffany Flot
Jamie Foster
Dameon Foucher
Debra Francis
Audreyanna Franklin
Audriana Franklin
Tatyana Franklin
David Gaines
Marva Gaines
Leo H. Gant, II
Shirley Gatlin
Jamell Gilbert
Dion Griffith, Jr.
Dion Griffith, Sr.
Louis Guichard
Melba Guichard

Glenda Guillaume
Melvin Handy, III
Deviat M. Harris
Elizabeth Hart
Robert Hart
Nathaniel Hartford
Dwight Harvey, Jr.
Dwight Harvey, Sr.
Bruce Hawkins
Lauryn Hayes
Denita Henderson
Michael Hill
Ellen Hite
Michael Hite
Janella Hoffman
Willimena Holloway
Lionel Horne Sr.
Lisa Hulbert
Deborah Hunter
Kynisha Hunter
Whittney Hunter
Kaze H. Johnson
Sheila H. Johnson
Kevin Jones
Iesha Joseph
Aukia Kennedy
Ronald Kennedy
Barbara Kimbrough
Larry Kimbrough
Colby LaBeaud
Coreinisha La Beaud
Lacardo Lacoste
Tamija Lacoste
Tanisha Lacoste
Tyrese Lacoste
Tyrone Lacoste
Vienna Lacoste
Sabina Lacoste
Ferrell Lacoste, Sr.
Barbara Lawrence
Devern Lawrence
Devery Lawrence
Arthur LeBlanc
LaShawn LeBlanc
Shawn LeBlanc
Terrell LeBlanc

Brandon R. Lee
Bryant R. Lee
James R. Lee
Toya R. Lee
Aleane B. Le Pree
Clifton Lore
Admahj Lynch
Betty Lynch
Deshawn Lynch
Errol Lynch
Takad Lynch
D'Juan Mackey
Raquel Mackey
Stephaine Magee
Zetta Magee
Shonette Matthews
Samantha McCarthy
Thelma B. McGowan
Shavante McKindell
Aviance A. Melton
Lawrence E. Nichols
Linda L. Oakes
Russell Oakes
Trevion Patterson
Na'kwi Payton
Carol Phoenix
Taneshia Pierre
Carolyn A. Reddix
Anthony Reed
Ernest Robinson
Nevah Robinson
Nicholas Singleton
Jace Smith
Michael Smith
Richard Smothers
Tanisha Sykes
Tyrin Sykes
James Taylor
Armand Thomas III
Arthur Warning
Dianne Warning
Shirley Warren
Carolyn Williams
Devery Williams
Diana Williams
Ethan Willujjams

Gail Williams
Kayla S. Williams
Kevdrika Williams
Latchia Williams
Ronnie Williams
Shirley Williams
Ethan J. Williams Sr.
Michael Jack Wingerter
Michael Wingerter Jr.
Isaiah Alcorn